IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**LINDA WHITE, ET AL.**  **PLAINTIFF**

**VS.**  **CIVIL ACTION NO.: 3:21-CV-00162-SA-JMV**

**CITY OF HERNANDO, ET AL.**  **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

Plaintiffs Linda White and Kathryn Bonds, as the mothers and next of kin of decedents Jessie White and Kristopher Ford, have sued the City of Hernando, Chief Scott Worsham in his official capacity, and Officer Lynn Brown in his individual and official capacities ("Municipal Defendants"). *See* Dckt. No. 6. Municipal Defendants have moved for judgment on the pleadings or, alternatively, for summary judgment on the grounds of sovereign and qualified immunity. *See* Dckt. Nos. 12 & 13.

Under Rule 16(b)(3)(B) of the Uniform Local Rules of the United States District Courts for the Northern and the Southern Districts of Mississippi, "[f]iling a . . . motion asserting an immunity defense . . . stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal."

ACCORDINGLY, IT IS ORDERED that the proceedings enumerated in Rule 16(b)(3)(B), along with the case management conference, are stayed pending a ruling on Municipal Defendants' motion.

This 12th day of October, 2021

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE